UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA GROVES,<br><br>    Plaintiff,<br><br>    v.<br><br>REGIS CORPORATION, et al.,<br><br>    Defendants. | Case No.  15-cv-00621-SI<br><br>**ORDER ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

In light of all of the information presented on the record in this case the Court hereby VACATES the hearing scheduled for March 31, 2015.  Because plaintiff does not object to the prayer for relief set out in the defendants' proposed order on the motion for judgment on the pleadings, *see* Docket No. 23, the Court hereby GRANTS defendants' motion for judgment on the pleadings as to plaintiffs' claims for sexual harassment, defamation, intentional infliction of emotional distress and negligent infliction of emotional distress.  This disposes of Docket No. 17.

**IT IS SO ORDERED.**

Dated: March 30, 2015

_____
SUSAN ILLSTON
United States District Judge