UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHONDA GROVES,

        Plaintiffs,

    v.

REGIS CORPORATION, et al.,

        Defendants.

Case No. 15-cv-00621-SI  (SI)

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 11, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 18, 2015.

DESIGNATION OF EXPERTS: 3/18/16; REBUTTAL: 4/4/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 18, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 29, 2016;
    Opp. Due: February 12, 2016; Reply Due: February 19, 2016;
    and set for hearing no later than March 4, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 5, 2016 at 3:30 PM.

JURY TRIAL DATE: July 18, 2016 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Deadline to amend the pleadings is June 3, 2016.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated:   5/18/16

_____
SUSAN ILLSTON
United States District Judge