UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHONDA GROVES,

    Plaintiff,

v.

REGIS CORPORATION, et al.,

    Defendants.

Case No. 15-cv-00621-SI

**ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF JUDGMENT AS TO RACHAEL FREDIANI**

Defendant Rachael Frediani has moved for entry of judgment in her favor, arguing that there is no just reason for delay. F.R.Civ.P. 54(b); Dkt. 40. Plaintiff has represented that she does not oppose the motion. Dkt. 43.

Accordingly, the motion is GRANTED. Frediani shall submit a form of judgment no later than October 9, 2015.

**IT IS SO ORDERED.**

Dated: September 29, 2015

SUSAN ILLSTON
United States District Judge