UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHONDA GROVES,

    Plaintiff,

    v.

REGIS CORPORATION,

    Defendant.

Case No. 15-cv-00621-SI

**ORDER RE: FIRST DISCOVERY DISPUTE**

Re: Dkt. No. 47

Now pending before the Court is a discovery dispute regarding the deposition of plaintiff Rhonda Groves. Dkt. No. 47. Defendant filed a discovery dispute letter on November 6, 2015, to which plaintiff filed a response on November 10, 2015. Dkt. Nos. 47, 48. Defendant objected to the response on November 11, 2015. Dkt. No. 49. This is the first discovery dispute in this case.

Defendant asserts that plaintiff's counsel engaged in inappropriate coaching that prevented plaintiff from responding to defendant's questions at her deposition. Defendant seeks a protective order, an order compelling plaintiff to answer defendant's questions, and sanctions. Neither party has lodged a copy of the deposition transcript with the Court. The Court therefore ORDERS defendant to file a copy of plaintiff's deposition transcript no later than November 30, 2015.

    **IT IS SO ORDERED**.

Dated: November 19, 2015

                                           SUSAN ILLSTON
                                           United States District Judge